UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| BRYON PROPST AND BARB MCLAIN, ) <br>     Plaintiff, ) <br>     v. ) <br> ALLIED VAN LINES, et al., ) <br>     Defendant ) | Case No. SACV 09-0073-MLG <br><br> JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice. All parties shall bear their own costs and fees.

Dated: May 6, 2010

_____
Marc L. Goldman
United States Magistrate Judge